# Court of Appeals
# of the State of Georgia

ATLANTA,  May 24, 2024

*The Court of Appeals hereby passes the following order:*

## A24A1474. PTAV, INC. v. RALPH + RITA VENTURE, LLC.

On April 4, 2024, the superior court issued an order dismissing as untimely defendant PTAV, Inc.'s appeal from a magistrate court judgment in this dispossessory proceeding. PTAV then filed both a timely application for discretionary review and, on April 15, 2024, a notice of appeal. We denied PTAV's discretionary application on the merits. See *PTAV, Inc. d/b/a "Red Martini" v. Ralph + Rita Venture, LLC*, Case No. A24D0311 (May 9, 2024). The direct appeal has been docketed as the current case, no. A24A1474. We lack jurisdiction for two reasons.

First, this appeal is untimely. While a notice of appeal generally may be filed within 30 days of entry of the order sought to be appealed, appeals in dispossessory actions must be filed within 7 days of the date the judgment was entered. See OCGA § 44-7-56 (b) (1); *Radio Sandy Springs v. Allen Road Joint Venture*, 311 Ga. App. 334, 335-336 (715 SE2d 752) (2011). PTAV's April 15 notice of appeal was untimely filed 11 days after the April 4 judgment it seeks to appeal.

Second, because we rejected PTAV's challenges to the April 4 judgment in Case No. A24D0311, the current appeal is barred by the law of the case. See *Ross v. State*, 310 Ga. App. 326, 327 (713 SE2d 438) (2011) ("[A]ny issue that was raised and resolved in an earlier appeal is the law of the case and is binding on this Court . . . .") (citation and punctuation omitted); accord *Hook v. Bergen*, 286 Ga. App. 258, 261 (1) (649 SE2d 313) (2007) (a ruling on an application for discretionary appeal acts as res judicata in later proceedings); see also *Jackson v. State*, 273 Ga. 320, 320 (540 SE2d

612) (2001) (a party "is not entitled to another bite at the apple by way of a second appeal").

For the above reasons, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 05/24/2024

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*